

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-0364-10

**JULIO CESAR PUENTE, Appellant**

**v.**

**THE STATE OF TEXAS**

### ON STATE'S PETITION FOR DISCRETIONARY REVIEW FROM THE FOURTEENTH COURT OF APPEALS HARRIS COUNTY

HERVEY, J., filed a concurring opinion in which KELLER, P.J., and KEASLER, J., joined.

### CONCURRING OPINION

I join Judge Keasler's concurring opinion and agree that the court of appeals should not have even addressed the merits of appellant's claim. I would find it unnecessary to decide whether the indictment in this case was amended also because, even if it were amended, appellant engaged in a course of conduct that had the effect of waiving any requirement of an allegation in the indictment of "a child younger than fourteen years of age." *See Joseph v. State*, 309 S.W.3d 20, 24-26 (Tex. Crim. App. 2010) (in absence of express and explicit waiver of *Miranda* rights, totality of

circumstances may show voluntary waiver of these rights); *Trejo v. State*, 280 S.W.3d 258, 263 (Tex. Crim. App. 2009) (Keller, P.J., concurring in the judgment) ("unless waived, an indictment is necessary to vest the trial court with personal jurisdiction in a felony case").

    With these comments, I concur in the Court's judgment.


                    Hervey, J.

Filed: September 22, 2010
Publish